## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

In re Subpoena in                                      )
                                                       )
STATE BAR OF CALIFORNIA,                               )
                                                       )
                    Plaintiff,                         )        Misc. No.: 13-01418 (DAR)
                                                       )
         v.                                            )
                                                       )
SCOTT J. BLOCH,                                        )
                                                       )
                    Defendant.                         )
———————————————————————        )

## MOTION FOR STIPULATED DISMISSAL

With the consent of the State Bar of California, the United States Office of Special

Counsel (OSC) respectfully requests that the Court dismiss this case for mootness and pursuant

to Fed. R. Civ. P. 41(a) for voluntary dismissal.[1]  This case involves a subpoena that the

California Bar obtained from the Superior Court of the District of Columbia and served on OSC

on December 11, 2013.  See ECF No. 1.  The California Bar's subpoena sought to depose the

OSC's Chief Information Officer (CIO) for one of its disciplinary proceedings.  Id.  OSC

removed the subpoena matter to this Court on December 19, 2013.  Id.

On January 3, 2014, the California Bar conducted the requested deposition with OSC's

consent.  On January 4, 2014, counsel for the California Bar consented to OSC's filing a notice

or motion to dismiss based on mootness.  See 21st Century Telesis Joint Venture v. FCC, 318

F.3d 192, 198 (D.C. Cir. 2003) ("Article III, section 2 of the Constitution limits federal courts to

deciding 'actual, ongoing controversies' . . . . [a]lthough standing is determined 'at the time [an]

action commences,' the court is not relieved from evaluating mootness 'through all stages' of the

---

[1] Rule 41(a)(1)(A) allows for dismissal through a notice of voluntary dismissal by the Plaintiff.  However, because the California Bar was the Plaintiff in Superior Court, OSC instead moves to dismiss.

litigation in order to ensure there remains a live controversy." (citations omitted)); <u>Lewis v. Continental Bank Corp.</u>, 494 U.S. 472, 477 (1990) ("Article III denies federal courts the power 'to decide questions that cannot affect the rights of litigants in the case before them,'" and "[t]his case-or-controversy requirement subsists through all stages of federal judicial proceedings, trial and appellate.") (<u>quoting</u> <u>North Carolina v. Rice</u>, 404 U.S. 244, 246 (1971)).

Accordingly, OSC respectfully requests that the Court dismiss this case based on the mootness of the subpoena matter and under Fed. R. Civ. P. 41(a).  A proposed order is attached.

Dated:  January 6, 2014.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/
    KEVIN M. LADEN, Va. State Bar # 48478
    Special Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-2569
    kevin.laden@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| *In re Subpoena in* | ) |
| | ) |
| STATE BAR OF CALIFORNIA, | ) |
| | ) |
| Plaintiff, | )          Misc. No.: 13-01418 (ABJ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT J. BLOCH, | ) |
| | ) |
| Defendant. | ) |

_____ )

**PROPOSED ORDER**


UPON CONSIDERATION of the United States Office of Special Counsel's Motion for

Stipulated Dismissal, the merits therein, and for good cause shown, it is this _____ day of

_____, 2014,

ORDERED that this matter is dismissed based on mootness and pursuant to Fed. R. Civ.

P. 41(a).


Date:_____


_____
Deborah A. Robinson
Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that this Motion for Stipulated Dismissal was served on the below by United

States mail on January 6, 2014:

Robert A. Henderson, Senior Trial Counsel
State Bar of California
Office of the Chief Trial Counsel
180 Howard Street
San Francisco, California  94105-1639

Jonathan Arons
Law Office of Jonathan I. Arons
221 Main Street, Suite 740
San Francisco, California  95105

_____/s/_____
Kevin M. Laden, Va. State Bar # 48478
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2569
kevin.laden@usdoj.gov